UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
AZIZUR RAHMAN,                                                    :
:
                Plaintiff,                       :
:    24-CV-9680 (JMF)
    -v-                                                           :
:    ORDER
SECRETARY KRISTI NOEM et al.,[1]                                  :
:
                Defendants.                      :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defendants were required to file their answer by March 3, 2025, *see* ECF No. 8, but have not done so to date. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 10, 2024**. The Court will invite Plaintiff to move for default judgment if Defendants fail to answer the Complaint by that deadline.

    SO ORDERED.

Dated: March 4, 2025
       New York, New York
                                      JESSE M. FURMAN
                                      United States District Judge

---

[1]     Secretary of Homeland Security Kristi Noem is automatically substituted for former Secretary Alejandro N. Mayorkas, and Acting Director of U.S. Citizenship and Immigration Services Kika Scott is automatically substituted for former Director Ur M. Jaddou. *See* Fed. R. Civ. P. 25(d). The Clerk of Court is directed to modify the caption accordingly.