UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                            :
AZIZUR RAHMAN,                                              :
                                                            :
                          Plaintiff,                        :
                                                            :                24-CV-9680 (JMF)
             -v-                                            :
                                                            :                ORDER
KRISTI NOEM et al,[1]                                       :
                                                            :
                          Defendants.                       :
                                                            :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Plaintiff moves to set aside the judgment and reopen this case pursuant to Rule 60(b) of
the Federal Rules of Civil Procedure.  *See* ECF No. 13.  Unless and until the Court orders
otherwise, the Government shall file any opposition to Plaintiff's motion **no later than
November 12, 2025**.

        The Court notes that the Chief Judge's October 2, 2025 Amended Standing Order staying
certain civil cases involving the United States Attorney's Office for this District does not apply
to immigration cases and thus does not, on its face, apply here.  Nevertheless, to ensure that the
Government has notice, Plaintiff shall, no later than **November 5, 2025**, serve a copy of this
Order on the Civil Division of the United States Attorney's Office for the Southern District of
New York by email addressed to jeffrey.oestericher@usdoj.gov and docket proof of such
service.

        SO ORDERED.

Dated:  November 4, 2025                    _____
        New York, New York                         JESSE M. FURMAN
                                                 United States District Judge

---

[1]        Kristi Noem and Joseph B. Edlow are automatically substituted as Defendants in place of
Alejandro Mayorkas and Ur Mendoza Jaddou pursuant to Fed. R. Civ. P. 25(d).